# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORIE SHARPE BEY** | : CIVIL ACTION |
| v. | : |
| | : NO. 17-4587 |
| **PHILADELPHIA POLICE 39TH DISTRICT** | : |

## ORDER

**AND NOW**, this 14th day of November 2017, upon considering Defendants' Motion to Dismiss (ECF Doc. No. 2) with no opposition and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 2) is **GRANTED without prejudice** to allow the Plaintiff to file an amended complaint consistent with the accompanying Memorandum no later than **November 27, 2017** or we shall close this case.

_____
KEARNEY, J.